IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| 802 Systems Inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 2:20-cv-00315-JRG-RSP |
| v. | § | |
| | § | |
| Cisco Systems, Inc., | § | Jury Trial Demanded |
| | § | |
| *Defendant*. | § | |
| | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff, 802 Systems, Inc. ("Company") and Defendant Cisco Systems, Inc. ("Cisco") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Company against Cisco and all claims by Cisco against Company made therein with prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

AGREED:

| | |
|---|---|
| */s/ Timothy E. Grochocinski* | */s/ K. Padmanabhan* |
| | |
| BRENT N. BUMGARDNER | Eric H. Findlay |
| Texas Bar No. 00795272 | State Bar No. 00789886 |
| BRIAN P. HERRMANN | Findlay Craft, P.C. |
| Texas Bar No. 24083174 | 102 North College Ave. |

| | |
|---|---|
| JOHN P. MURPHY<br>Texas Bar No. 24056024<br>NELSON BUMGARDNER CONROY PC<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Telephone: (817) 377-9111<br>brent@nelbum.com<br>murphy@nelbum.com<br>brian@nelbum.com<br><br>TIMOTHY E. GROCHOCINSKI<br>Illinois Bar No. 6295055<br>NELSON BUMGARDNER CONROY PC<br>15020 S. Ravinia Ave., Suite 29<br>Orland Park, Illinois 60462<br>Telephone: (708) 675-1974<br>tim@nelbum.com<br><br>ATTORNEYS FOR PLAINTIFF | Suite 900<br>Tyler, TX 75702<br>(903) 534-1100<br>(903) 534-1137 fax<br>efindlay@findlaycraft.com<br><br>David K. Lin (*pro hac vice*)<br>Winston & Strawn LLP<br>333 S. Grand Ave.<br>Los Angeles CA 90071<br>Tel: (213) 615-1780<br>dlin@winston.com<br><br>Krishnan Padmanabhan (*pro hac vice*)<br>Winston & Strawn LLP<br>200 Park Ave.<br>New York City, NY 10166<br>Tel: (212) 294-6700<br>kpadmanabhan@winston.com<br><br>Michael D. French (*pro hac vice*)<br>Winston & Strawn LLP<br>800 Capitol St., Suite 2400<br>Houston, TX 77002<br>Tel: (713) 651-2600<br>mfrench@winston.com<br><br>Brian J. Nisbet (*pro hac vice*)<br>Winston & Strawn LLP<br>39 W. Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>bnisbet@winston.com<br><br>ATTORNEYS FOR DEFENDANT |

## **CERTIFICATE OF CONFERENCE**

In accordance with Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant and the parties are in agreement as to the relief sought by this agreed motion.

*/s/ Timothy E. Grochocinski*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all parties of record on September 28, 2021 via the Court's CM/ECF system.

*/s/ Timothy E. Grochocinski*
